IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEANETTE LUCILLE FLOWERS,
a.k.a. EVANGELIST KIMMONS,

     Plaintiff,                    No. 2:11-cv-00185 KJN PS

    v.

COUNTY OF SACRAMENTO, et al.,

     Defendants.              ORDER
_____/

        Presently before the court is the parties' Joint Stipulation and [Proposed] Order (Dkt. No. 27), which requests the following relief: (1) referral to the court's Voluntary Dispute Resolution Program ("VDRP"), see generally Local Rule 271; and (2) modification of the expert disclosure deadlines in the Status (Pretrial Scheduling) Order ("Scheduling Order"), in order to accommodate a referral to, and completion of, VDRP. The court does not approve the stipulation.

        First, the court denies the parties' request for a referral to VDRP. VDRP is not available in this case because plaintiff is proceeding without counsel. Local Rule 271(a)(2)(ii). Nevertheless, the parties are not precluded from requesting a settlement conference. See Local Rule 271(a)(2). Accordingly, the parties may file a stipulation seeking a settlement conference conducted by a judge of this court. Unless otherwise requested by the parties, such a settlement

1 conference shall be conducted by a judge of this court other than the undersigned. However, if
2 the parties would prefer that the undersigned conduct the settlement conference, their stipulation
3 must: (1) jointly request that the undersigned serve the settlement judge; and (2) include waivers
4 of disqualification arising from the undersigned's participation in the settlement conference as
5 the settlement judge.
6       Second, the court denies the parties' request for modification of the Scheduling
7 Order because that request is tied to the now-rejected request for referral to VDRP. However, the
8 parties may again request such modification of the Scheduling Order in a subsequently filed
9 stipulation and proposed order.
10       For the foregoing reasons, IT IS HEREBY ORDERED that the parties' Joint
11 Stipulation and [Proposed] Order (Dkt. No. 27) is not approved.
12       IT IS SO ORDERED.
13 DATED: June 13, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE