IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEANETTE LUCILLE FLOWERS,
a.k.a. EVANGELIST KIMMONS,

        Plaintiff,               No. 2:11-cv-00185 KJN PS

    v.

COUNTY OF SACRAMENTO, et al.,

        Defendants.        <u>ORDER</u>
_____/

        Presently before the court is the parties' Joint Stipulation and Order (Dkt. No. 29), which requests the following relief: (1) a settlement conference before a judge of this court; and (2) modification of the expert disclosure deadlines in the Status (Pretrial Scheduling) Order, in order to accommodate the settlement conference.[1]  For good cause shown, the court approves the stipulation.

        Accordingly, IT IS HEREBY ORDERED that:

        1.     The parties' Joint Stipulation and Order (Dkt. No. 29) is approved.

        2.     The parties shall arrange the scheduling of the settlement conference with the undersigned's Courtroom Deputy, who can be reached at (916) 930-4187.

---

[1] This case proceeds before the undersigned as a result of the parties' consent to the jurisdiction of the magistrate judge.  (Order, May 22, 2012, Dkt. No. 26.)

1

3. The Status (Pretrial Scheduling) Order (Dkt. No. 25) is modified such that: (a) both parties' initial expert disclosures shall be made no later than September 7, 2012; and (b) rebuttal expert disclosures, if any, shall be made on or before October 12, 2012. The rest of the Status (Pretrial Scheduling) Order remains effective.

IT IS SO ORDERED.

DATED: June 18, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE