IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEANETTE LUCILLE FLOWERS
a.k.a. EVANGELIST KIMMONS
    Plaintiff,                                No. 2:11-cv-00185 KJN

    vs.

COUNTY OF SACRAMENTO;
et al.,

    Defendants.                              ORDER

_____/

        Plaintiff Jeannette Lucille Flowers a.k.a. Evangelist Kimmons (the "plaintiff") is proceeding without counsel and in forma pauperis.[1] The parties previously participated in an early settlement conference before the undersigned, and during the conference the parties agreed to settle this matter. However, defendants have requested additional time to file dispositional documents, due to a delay in determining whether a lien is being asserted on the proceeds from the settlement. (Request, Dkt. No. 37.)

        Accordingly, IT IS HEREBY ORDERED that:

        Pursuant to defendants' request (Dkt. No. 37), and finding good cause therefore,

---

[1] This case proceeds before the undersigned as a result of the parties' consent to the jurisdiction of the magistrate judge. (Order, May 22, 2012, Dkt. No. 26.)

1

1 | the undersigned hereby gives the parties an additional 60 days from the date of this order to
2 | submit dispositional documents.
3 |       IT IS SO ORDERED.
4 | DATED: October 22, 2012

                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE