IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE LUCILLE FLOWERS a.k.a. EVANGELIST KIMMONS,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF SACRAMENTO; et al.,<br><br>    Defendants.<br>_____/ | No. 2:11-cv-00185 KJN<br><br><br><br><br><br><br>ORDER |

Plaintiff Jeannette Lucille Flowers a.k.a. Evangelist Kimmons (the "plaintiff") is proceeding without counsel and in forma pauperis.[1] The parties previously participated in an early settlement conference before the undersigned, and during the conference the parties agreed to settle this matter.

Defendants previously requested, and were granted, additional time to file dispositional documents due to a delay in determining whether a lien is being asserted on the proceeds from the settlement of this case. (Request, Dkt. Nos. 37, 41, 43.)

////

---

[1] This case proceeds before the undersigned as a result of the parties' consent to the jurisdiction of the magistrate judge. (Order, May 22, 2012, Dkt. No. 26.)

1

Defendants now renew their request a fourth time, and seek an additional 60 days in which to file dispositional documents. (Request, Dkt. No. 45.) This time, defendants inform the court that they have been in contact with the Medicare Secondary Payment Recovery Contractor ("MSPRC") described in their prior requests, but that defendants have lost contact with plaintiff and have not been able to reach her regarding the conditional payment amount identified by MSPRC. (Id. at 2-3.) Defendants represent that defense counsel attempted to contact plaintiff on May 2, 2013, but that "her telephone number has been disconnected." (Id. at 2.) Defendants explain that "Defense counsel is amenable to helping plaintiff further reduce the MSPRC demand in order to facilitate settlement and dismissal of this matter. However, defense counsel has been unable to reach Plaintiff. Defendants request an additional 60 days to contact plaintiff, further reduce the demand amount, and file dispositional documents. Alternatively, defendants request direction from the Court as to how to proceed." (Id. at 3.)

Accordingly, IT IS HEREBY ORDERED that:

Defense counsel shall continue to endeavor in good faith to contact plaintiff. In the event that defense counsel is unable to reach plaintiff within 60 days of the date of this order, counsel shall file another Notice of Status of Settlement, and shall include a signed declaration describing the efforts made to contact plaintiff. Pursuant to defendants' request (Dkt. No. 45), and finding good cause therefore, the undersigned hereby gives the parties an additional 60 days from the date of this order to submit dispositional documents.

IT IS SO ORDERED.

DATED: May 8, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE