UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE LUCILLE FLOWERS a.k.a. EVANGELIST KIMMONS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO; et al.,<br><br>Defendants. | No.  2:11-cv-00185 KJN<br><br>ORDER |

Plaintiff Jeannette Lucille Flowers a.k.a. Evangelist Kimmons (the "plaintiff") is proceeding without counsel and in forma pauperis.[1] More than one year ago, on August 24, 2012, the parties participated in an early settlement conference before the undersigned. During the conference, the parties agreed to settle this matter.

Defendants thereafter requested, and were granted, additional time to file dispositional documents due to a delay in determining whether a lien is being asserted on the proceeds from the settlement of this case. (Requests, ECF Nos. 37, 41, 43, 45, 49, 50.)

////

---

[1] This matter proceeds before the undersigned as a result of the parties' voluntary consent to the jurisdiction of the undersigned for all proceedings in this case (Order, May 22, 2012, ECF No. 26), including trial and entry of final judgment. See 28 U.S.C. § 636(c)(1); Fed. R. Civ. P. 73; E.D. Cal. L.R. 301, 305.

1

On November 8, 2013, the parties filed a Stipulated Request For Dismissal Of Action With Prejudice And Order Thereon pursuant to Federal Rule of Civil Procedure 41(a)(1).  (ECF No. 51.)  The parties stipulated to a dismissal with prejudice, each side to bear their own attorney's fees and costs.  (Id.)

For all the foregoing reasons, IT IS HEREBY ORDERED THAT:

1. This case is dismissed in accordance with the terms of the parties' Stipulation (ECF No. 51).
2. The Clerk of Court is directed to close this case and vacate all future dates.

IT IS SO ORDERED.

Dated:  November 13, 2013

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE