1
2
3
4
5
6
7
8                            UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JEANETTE LUCILLE FLOWERS a.k.a.            No.  2:11-cv-00185 KJN
      EVANGELIST KIMMONS,
12
                    Plaintiff,
13                                               ORDER

14           v.

15    COUNTY OF SACRAMENTO; et al.,

16                  Defendants.

17

18           Plaintiff Jeannette Lucille Flowers a.k.a. Evangelist Kimmons (the "plaintiff") is

19    proceeding without counsel and in forma pauperis.[1]  More than one year ago, on August 24, 2012,

20    the parties participated in an early settlement conference before the undersigned.  During the

21    conference, the parties agreed to settle this matter.

22           Defendants thereafter requested, and were granted, additional time to file dispositional

23    documents due to a delay in determining whether a lien is being asserted on the proceeds from the

24    settlement of this case.  (Requests, ECF Nos. 37, 41, 43, 45, 49, 50.)

25    ////

26    _____

27    [1]  This matter proceeds before the undersigned as a result of the parties' voluntary consent to the
      jurisdiction of the undersigned for all proceedings in this case (Order, May 22, 2012, ECF No.
      26), including trial and entry of final judgment.  See 28 U.S.C. § 636(c)(1); Fed. R. Civ. P. 73;
28    E.D. Cal. L.R. 301, 305.

                                                      1

1    On November 8, 2013, the parties filed a Stipulated Request For Dismissal Of Action

2  With Prejudice And Order Thereon pursuant to Federal Rule of Civil Procedure 41(a)(1).  (ECF

3  No. 51.)  The parties stipulated to a dismissal with prejudice, each side to bear their own

4  attorney's fees and costs.  (Id.)

5    For all the foregoing reasons, IT IS HEREBY ORDERED THAT:

6    1.   This case is dismissed in accordance with the terms of the parties' Stipulation (ECF

7       No. 51).

8    2.   The Clerk of Court is directed to close this case and vacate all future dates.

9    IT IS SO ORDERED.

10  Dated:  November 13, 2013

11

12  KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2